IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**DIANE P. MASON,**                                 07-CV-639-HU

    **Plaintiff,**                            **JUDGMENT OF REMAND**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

    **Defendant.**

    Based on the Court's Opinion and Order (#19) issued October 8, 2008, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 8th day of October, 2008.

                                      /s/ Anna J. Brown
                                      _____
                                      ANNA J. BROWN
                                      United States District Judge