George J. Wall, OSB #934515
gwall@eastpdxlaw.com
1336 E Burnside Street, Suite 130
Portland, Oregon 97214
Telephone: (503) 236-0068
Fax: (503) 236-0028

FILED'08 NOV 25 16:04USDC-ORP

Attorney for Plaintiff, Diane P. Mason

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIANE P. MASON,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE, Commissioner, Social Security Administration,<br><br>    Defendant. | Case No. 07-CV-639-HU<br><br>**ORDER AWARDING EAJA FEES AND COSTS** |

Based on the stipulation of the parties, the Court orders that attorney fees in the amount of $4,889.77 shall be awarded to plaintiff, Diane P. Mason, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $350.00 shall be awarded to plaintiff, Diane P. Mason, pursuant to 28 U.S.C. 1920.

Signed: _____  Dated 11-25-08
Judge, US District Court, District of Oregon

Order prepared by:

/s/ George J. Wall
George J. Wall, OSB # 934515
Attorney for Plaintiff
1336 E. Burnside St., Suite 130
Portland OR 97214
(503)236-0068

Page 1 – ORDER AWARDING FEES AND COSTS